

RITTGERS RITTGERS NAKAJIMA

CHARLES H. RITTGERS
ELLEN B. RITTGERS
JOSEPH W. SHEA III*
ERIC P. ALLEN*
EDWARD C. PERRY
BARBARA L. STRADY*
KONRAD KIRCHER*
MICHAEL D. WEISENSEL
KEVIN M. TIERNEY*
JULIETTE GAFFNEY DAME
NICHOLAS D. GRAMAN

12 EAST WARREN STREET
LEBANON, OHIO 45036
513.932.2115
FAX 513.934.2201
www.rittgers.com

CHARLES M. RITTGERS
SAMANTHA K. RITTGERS
W. MATTHEW NAKAJIMA*
NEAL D. SCHUETT
LINDSAY A. LAWRENCE*
JUSTIN A. SANDERS*
RYAN J. MCGRAW
C. STEPHEN KILBURN
GUS J. LAZARES
KOURTNEY P. BRUECKNER
JOHN R. BERNANS
*Also licensed to practice in Kentucky

January 18, 2023
Senders Email: Konrad@Rittgers.com

VIA CERTIFIED MAIL
US Immigration and Customs Enforcement
Blue Ash Field Office
9875 Redhill Drive
Blue Ash, OH 45242

US Immigration and Customs Enforcement
Attn: FTCA Claims
500 12th St. SW
Washington, DC 20536

Office of the General Counsel
MS 0485
Department of Homeland Security
2707 Martin Luther King Jr. Ave. SE
Washington, DC 20528-0485

***Re: Presentation of FTCA claim o/b/o*** [redacted]

Dear Sir or Madam:

Enclosed please find a completed Standard Form 95 and supporting materials as presentation of a claim on behalf of [redacted] under the Federal Tort Claims Act. We will look forward to hearing from you in the near future.

Very Truly Yours,

Kelly Gruner, for

Konrad Kircher

Enclosures

Copy to client via email

GOVERNMENT EXHIBIT
A

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

1. Submit to Appropriate Federal Agency:

U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement

2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code.

Attorney: Konrad Kircher, 12 E. Warren St., Lebanon, OH 45036, 513-932-2115, konrad@rittgers.com

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | married | May 2018 thru June 2020 | |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant was sexually exploited by her Deportation Officer. Please see attached Indictment, Narrative and text messages for details.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Depression, anxiety, humiliation, reduced self-esteem, guilt, anger, mental anguish

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Andrew Golobic | Believed to be incarcerated pending trial |
| Victim B of Indictment | Unknown |
| FBI investigators | Unknown |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | 50,000,000 | | 50,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| | | |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

15. Do you carry accident Insurance? ☐ Yes If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☐ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

19. Do you carry public liability and property damage insurance? ☐ Yes If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

***(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.
B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

NARRATIVE

I was detained by ICE and released in April 2018 at the age of 20 years old. I was assigned to Deportation Officer Andrew Golobic, a man in his 50s in age, for supervision. Supervision was conducted primarily through a phone application called SmartLink.

Soon after I began supervision with Mr. Golobic, my phone app stopped working correctly. I dutifully went to Mr. Golobic's office for assistance. He took my phone and looked through the pictures. He told me, "This is what I want to see" when he saw a picture of me at the gym. He then became flirtatious and gave me his phone number. That was the only number I ever had to stay in contact with him.

A short while later, I texted Mr. Golobic because I needed my passport to open a bank account. Mr. Golobic took my passport from his office to his house and told me to come over to get it. He said he wasn't supposed to do that, but would do so for me.

I went to his house to pick up the passport. He was very flirtatious and asked me to have sex. I was really scared and told him I have a boyfriend (who is now my husband) and didn't want to have sex with Mr. Golobic. I asked him multiple times for him to give me my passport, but he ignored my requests. I was afraid I would not get my passport if he got angry. I felt like I could not leave. He continued to make sexual advances and I pushed him away. Sitting on the couch, he asked me to take off my clothes, and I said no. He put himself on top of me and started kissing me. I did not kiss him back. He then told me I did not have to have sex with him, but insistently told me to stay and kept making sexual advances. He asked me to show me his daughters' rooms. I went with him to see their rooms. Eventually he took me into his bedroom and raped me. Only after sex, did he give me the passport.

In the weeks afterward, he kept telling me to come over to his house again. I evaded by saying I couldn't and had a boyfriend. I was living with my mother and brother, who are both undocumented, in a trailer park where a number of undocumented immigrants also live. I was afraid that if he becomes angry that he or another ICE officer will come to our home and arrest us and possibly even our neighbors. He could say that I was not complying with my supervision. I talked to a friend about it,and decided to go to his house again. Mr. Golobic forced me into sex again this second time.

Throughout my supervision, Mr. Golobic would tell me to make sure I don't tell anyone what he was doing with me. He would say, "Don't make me come find you." I felt threatened as he knew I was afraid to be sent back to Mexico.

I feel humiliated and depressed from this experience. I question my worth as a human being. My relationship with my husband has suffered, and I have significant barriers to intimacy with him. I am in need of therapy and am exploring avenues for treatment which may be available to me.



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ANDREW GOLOBIC,**

**Defendant.**

**CASE NO.** 1:22-cr-107

**JUDGE** Barrett

**INDICTMENT**

**18 U. S. C. § 2**
**18 U. S. C. § 242**
**18 U. S. C. § 1512(b)(1)**
**18 U. S. C. § 1512(b)(3)**
**18 U. S. C. § 1519**
**18 U. S. C. § 1591(a)(1)**
**18 U. S. C. § 1591(d)**

**THE GRAND JURY CHARGES:**

At times material to the Indictment:

**GENERAL ALLEGATIONS**

1. The defendant, **ANDREW GOLOBIC,** was a resident of the Southern District of Ohio. From approximately 2006 through 2020, **GOLOBIC** served as a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE) assigned to the ICE office in Blue Ash, Ohio. At the time of his designation, the defendant, **ANDREW GOLOBIC,** took an oath to support and defend the Constitution of the United States as well as to faithfully discharge the duties of his office.

2. ICE was a federal law enforcement agency under the U.S. Department of Homeland Security whose stated mission was to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety.

3. From approximately 2015 through 2020, the defendant, **ANDREW GOLOBIC,** was assigned to the Alternative to Detention (ATD) Program, which allowed certain asylum seekers

and other immigrants who ICE had determined posed a low risk to public safety to remain in their communities pending the adjudication of their immigration cases.

4. As a Deportation Officer assigned to the ATD Program, the defendant, **ANDREW GOLOBIC**, supervised asylum seekers and other immigrants with vulnerable backgrounds including those fleeing violence, exploitation, and sexual assault. In this role, **GOLOBIC** was entrusted with discretion over the degree of movement and freedom afforded to participants under his supervision. Among other things, **GOLOBIC** had the authority to determine the type and manner of monitoring appropriate for each participant; escalate or deescalate the frequency of reporting, or otherwise adjust the level of supervision. Notably, **GOLOBIC** also had the authority to recommend that ATD participants who violated conditions of the program be detained, deported, or otherwise sanctioned.

5. As a sworn law enforcement officer, the defendant, **ANDREW GOLOBIC**, occupied a position of trust within the community. As such, **GOLOBIC** had a duty not to abuse his power under the law for his own prurient interests or obstruct the investigation into his misdeeds.

**COUNT 1**
**(Sex Trafficking by Means of Force, Fraud, or Coercion)**

6. Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

7. From in or about May 2018 through June 2020 with the exact dates being unknown, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, knowingly, in and affecting interstate and foreign commerce, recruited and enticed Victim A, knowing and in reckless disregard of the fact that means of force, fraud, and coercion would be used to cause Victim A to engage in a commercial sex act.

**In violation of 18 U.S.C. § 1591(a)(1).**

**COUNT 2**
**(Sex Trafficking - Obstruction)**

8. Paragraphs 1 through 7 of the Indictment are realleged as if fully stated herein.

9. From in or about June 24, 2020 through at least July 27, 2022, in the Southern District of Ohio and elsewhere, the defendant, **ANDREW GOLOBIC**, obstructed, attempted to obstruct, and interfered with the enforcement of Title 18, United States Code, Section 1591.

**In violation of 18 U.S.C. § 1591(d).**

**COUNT 3**
**(Deprivation Under Color of Law)**

10. Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

11. From in or about May 2018 through June 2020 with the exact dates being unknown, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, then an ICE Deportation Officer, while acting under color of law, willfully deprived Victim A, a participant in the ATD Program, of a right secured and protected by the Constitution and the laws of the United States; that is, the fundamental right to bodily integrity. Specifically, the defendant, **ANDREW GOLOBIC**, penetrated Victim A's vulva with his penis without Victim A's consent and without a legitimate law enforcement purpose. This act included aggravated sexual abuse and kidnapping.

**All in violation of 18 U.S.C. § 242.**

**COUNT 4**
**(Deprivation Under Color of Law)**

12. Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

13. In or about March 2017 through June 2020 with the exact dates being unknown, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, then an ICE Deportation Officer, while acting under color of law, did willfully deprive Victim B, a participant in the ATD Program, of a right secured and protected by the Constitution and the laws of the United States;

that is, the fundamental right to bodily integrity. Specifically, the defendant, **ANDREW GOLOBIC**, penetrated Victim B's vulva with his penis without Victim B's consent and without a legitimate law enforcement purpose. This act resulted in bodily injury and included aggravated sexual abuse and kidnapping.

**All in violation of 18 U.S.C. § 242.**

**COUNT 5**
**(Tampering with a Witness by Corrupt Persuasion and Misleading Conduct)**

14. Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

15. On or about February 5, 2020, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, did knowingly attempt to corruptly persuade and engage in misleading conduct toward E.X. with the intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the possible commission of a federal offense, that is, **GOLOBIC's** use of his position as a Deportation Officer to solicit and receive sexual favors from ATD participants under his supervision, in violation of 18 U.S.C. § 201(b)(2). Specifically, the defendant, **ANDREW GOLOBIC**, sent M.M. an ATD Participant Change in Status Form reducing E.X.'s reporting status after E.X. alerted ICE contractors that **GOLOBIC** had been engaged in a sexual relationship with another ATD participant. **GOLOBIC** further directed M.M. to make misleading statements to E.X. to prevent E.X. from reporting his actions to ICE.

**All in violation of 18 U.S.C. §§ 1512(b)(3), 2.**

**COUNT 6**
**(Destruction, Alteration, or Falsification of Records in Federal Investigations)**

16. Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

17. On or about June 24, 2020, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, did knowingly in relation to and in contemplation of a matter within the jurisdiction of the Federal Bureau of Investigation, an agency of the United States, destroy, alter, and conceal

records, with the intent to impede, obstruct, and influence the investigation and proper administration of such matter. Specifically, following his interview with federal agents, the defendant, **ANDREW GOLOBIC**, deleted certain applications, image files, and messages on his phone with the intent to impede, obstruct, and influence a matter within the FBI's jurisdiction.

**In violation of 18 U.S.C. § 1519.**

**COUNT 7**
**(Tampering with a Witness by Corrupt Persuasion and Misleading Conduct)**

18. Paragraphs 1 through 5 of the Indictment are realleged as if fully stated herein.

19. On or about April 29, 2021, in the Southern District of Ohio, the defendant, **ANDREW GOLOBIC**, did knowingly attempt to corruptly persuade and engage in misleading conduct toward W.B., a fellow ICE Deportation Officer, by trying to corruptly persuade W.B. that W.B. had removed Victim A's passport out of ICE custody and given it to Victim A all while the defendant, **ANDREW GOLOBIC**, then and there knew that **GOLOBIC** had himself had removed Victim A's passport from ICE custody and had given it to Victim A following his sexual assault of her, with the intent of influencing the testimony of W.B., in an official proceeding, namely, the grand jury investigation of **GOLOBIC.**

**In violation of 18 U.S.C. §§ 1512(b)(1), 2.**

/S/
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**EBUNOLUWA A. TAIWO**
**ASHLEY BRUCATO**
**Assistant United States Attorneys**

EG

10:39
(513) 302-6538
You
Photo
Tue, May 26
Loca
Ya
I
Hey
space
return
123

11:11
(513) 302-6538
Tue, Nov 5, 6:11 PM
Hi
Mon, Jan 13, 3:34 PM
How are you?
Good how about you ?
Good...leaving work soon
You married yet?
Nope, are you ?
Fuck no
Come over
Dude I can't
Ok
Sorry I've been extremely sick for the last few days
Oh no
That sucks
Take mucinex
iMessage
11:19
(513) 302-6538
Tue, Nov 5, 6:11 PM
Hi
Mon, Jan 13, 3:34 PM
How are you?
Good how about you ?
Good...leaving work soon
You married yet?
Nope, are you ?
Fuck no
Come over
Dude I can't
Ok
Sorry I've been extremely sick for the last few days
Oh no
That sucks
Take mucinex
iMessage

11:20
(513) 302-6538
Hi
Mon, Jan 13, 3:34 PM
How are you?
Good how about you ?
Good...leaving work soon
You married yet?
Nope, are you ?
Fuck no
Come over
Dude I can't
Ok
Sorry I've been extremely sick for the last few days
Oh no
That sucks
Take mucinex
Maybe sometime next
iMessage
11:20
(513) 302-6538
Take mucinex
Maybe sometime next
Ok
Monday or Tuesday is good for me
Hope you feel better
I'll let you know I'm not sure yet
Thanks !!
No worries
Whenever is good with me
Today 10:09 AM
Hey
I had my immigration court do you need me to come in
What's your alien number? I'm in Mississippi
I'll check but need your number
?
Send me your phone number I accidentally deleted it
iMessage

11:21
(513) 302-6538
Ooh I see it now 10:13 AM
Dios mio 10:13 AM
I had to act like I was calling you 10:13 AM
10:13 AM
Sorry 10:17 AM
So do I have to come in or not ? 10:17 AM
What's your alien number 10:17 AM
A216164599 10:18 AM
You have to go tomorrow 10:19 AM
I can't change it because I'm not there 10:19 AM
No one told me anything 10:20 AM
I don't have a ride 10:20 AM
You have the same address? No changes? 10:21 AM
No 10:21 AM
11:21
(513) 302-6538
I had to act like I was calling you 10:13 AM
10:13 AM
Sorry 10:17 AM
So do I have to come in or not ? 10:17 AM
What's your alien number 10:17 AM
A216164599 10:18 AM
You have to go tomorrow 10:19 AM
I can't change it because I'm not there 10:19 AM
No one told me anything 10:20 AM
I don't have a ride 10:20 AM
You have the same address? No changes? 10:21 AM
No 10:21 AM
Making your monthly calls? 10:21 AM
I check in on the app like I've always had 10:21 AM
iMessage

11:21
(513) 302-6538
No 10:21 AM
Making your monthly calls? 10:21 AM
I check in on the app like I've always had 10:21 AM
Ok 10:25 AM
I will call the officer in Cincinnati to change your office visit to next year 10:26 AM
Next year ? 10:26 AM
I'm scared 10:26 AM
Scared of what? 10:27 AM
Your court is 07-14-2021 10:27 AM
He said come in 07-29-2021 10:28 AM
You're good 10:28 AM
Thank you 10:29 AM
good luck sister 10:31 AM
Thanks Take care 10:32 AM
Read 10:32 AM
Igualmente 10:32 AM
iMessage
9:02
Snapchat
(513) 302-6538
What up sister?
Hey I been having issues with the checking in app & I was wondering if I can come to get it fixed
Because they call me
We aren't in the office
Oh
But I can help you from home.
Really
Yes
So you guys are working from home
Yes
Crazy
Dude I'm serious
Wtf
I said yes! What are you talking
iMessage



9:02
Snapchat
(513) 302-6538
The app I don't want them to come get me
That's all
I said I can help you
Send me your address
I'm in the system now
What is wrong? I can send you a link to reset your password
It looks like you passed on 3-27
You are fine, no worr
Worries
Oh okay
Because it doesn't send
Yeah, don't worry dude
I won't send out the goon squad to arrest you
You won't do it right
9:02
Snapchat
(513) 302-6538
You won't do it right
Jajajaja no, dont worry
You still getting married?
No I don't have boyfriend
Anymore
Oh no
What happened?
A lot of things
Sorry
He was very jealous I hate that
Yeah, people like that have mental issues and can be dangerous
I rather be single anyway
Come see me some day
I'm not shaved
No way!!!! I want it!!!!!!!

9:02
Snapchat
(513) 302-6538
I'm not shaved
No way!!!! I want it!!!!!!!
I LOVE it hairy
Come tomorrow
Ok
What time?
I don't know I'm working
Ok, after work?
Send me a photo of the hair
I can't I'm at work still
Send a photo when you get home
iMessage
9:03
Snapchat
(513) 302-6538
What do you want photo of
Never mind lol
We talked about it earlier
I love it
Wat
You said you haven't shaved
It's true
I want to see
Just pull your panties open and snap a foto
Ok
Lol, I guess not
I will but I'm embarrassed
Don't be, i love it
iMessage

9:03
Snapchat
(513) 302-6538
Let's see
Dude I'm shy
Lol
Come on , it's sexy
Just pull the panties away. You don't have to take them off
C'mon, I need something to masturbate to
Well I'm very embarrassed to send you a picture of my pussy
Just the hair
I don't have much
Have you found a friend for a trio yet?
No
Why ?