**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

JANE DOE,                                          :
                                                   :
    *Plaintiff*,                               :
                                                   :     Case No. 1:23-cv-517
vs.                                                :
                                                   :     Judge Jeffery P. Hopkins
                                                   :
DEPARTMENT OF HOMELAND                             :
SECURITY, *et al.*,                                :
                                                   :
    *Defendants*.                              :

---

## ORDER TO SHOW CAUSE

---

In an Opinion and Order issued on March 26, 2025, Plaintiff was ordered to show cause, within 21 days, as to whether she intends to pursue her TVPRA claim against Defendant Golobic. Doc. 25, PageID 174–75. To date, Plaintiff has failed to do so. In fact, Plaintiff has taken no action in this litigation since that time. Accordingly, Plaintiff's counsel shall **SHOW CAUSE**—not later than October 17, 2025—why this case should not be dismissed for failure to prosecute. Plaintiff's counsel is placed on notice that if they do not respond to this Order to Show Cause, this case may be dismissed for lack of prosecution. *See* Fed. R. Civ. P. 41(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962).

    **IT IS SO ORDERED.**

September 26, 2025

Jeffery P. Hopkins
United States District Judge