UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OHIO

| | | |
|---|---|---|
| JANE DOE, | : | CASE NO. 1:23-cv-517 |
| Plaintiff, | : | JUDGE JEFFREY P. HOPKINS |
| vs. | : | |
| | : | **PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER (DOC. 26)** |
| DEPARTMENT OF HOMELAND SECURITY, et al. | : | |
| Defendants. | : | |

In response to the Court's Show Cause Order (Doc. 26), Plaintiff indicates that she has no intent to pursue the TVPRA claim against Defendant Golobic.

Respectfully Submitted,

/s/ Konrad Kircher
Konrad Kircher (0059249)
KIRCHER LAW, LLC
312 Walnut St., Suite 1600
Cincinnati, OH 45202
Tel: 513-218-1252
Fax: 513-586-0480
konrad@kircher.law
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed with the Court through its e-filing system this 26th of September, 2025 and will be served upon all counsel of record through that system.

*/s/ Konrad Kircher*
Konrad Kircher (0059249)